## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 68 WM 2015
:
             Respondent :
:
:
:
:
          v. :
:
:
:
CHARLES J. GOLDBLUM, :
:
             Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 30 days.